# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-50412
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

January 15, 2016

Lyle W. Cayce
Clerk

SEALED APPELLEE,

Plaintiff-Appellee

v.

SEALED APPELLANT,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:10-CR-1600

Before KING, CLEMENT, and OWEN, Circuit Judges.
PER CURIAM:*

The Defendant-Appellant (Appellant) appeals from the district court's decision denying a joint motion to reduce his sentence under 18 U.S.C. § 3582(c)(2). While his appeal was pending, Appellant was released from prison. Thus, his appeal is DISMISSED as moot. *See United States v. Booker*, 645 F.3d 328, 328 (5th Cir. 2011).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.